**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA PASSMORE, | |
| Plaintiff(s), | Case No. 2:14-cv-02130-APG-NJK |
| vs. | ORDER SETTING HEARING |
| UNITED STATES OF AMERICA, | |
| Defendant(s). | (Docket No. 9) |

Pending before the Court is the parties' proposed discovery plan and scheduling order filed on January 14, 2015. Docket No. 9. The Court hereby **SETS** a hearing on the proposed discovery plan for January 22, 2015, at 11:00 a.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: January 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge