SAO
DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
david@hennessandhaight.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA D. PASSMORE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 2:14-cv-02130-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, ANGELA D. PASSMORE by and through her attorney of record, DAVID J. MARTIN, ESQ. of the law firm of HENNESS & HAIGHT, and Defendant, UNITED STATES OF AMERICA, by and through its attorney of record, TROY K. FLAKE, ESQ., ASSISTANT UNITED STATES ATTORNEY, and hereby stipulate to dismiss Case No. 2:14-cv-02130-APG-NJK without prejudice, each party is to bear its own attorney's fees and costs.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///

///

///

Page 1

IT IS FURTHER STIPULATED that no trial date has been scheduled in the above referenced matter.

Dated this 13th day of August, 2015.                    Dated this 13th day of August, 2015.

HENNESS & HAIGHT

/s/ David J. Martin                                                   /s/ Troy K. Flake
DAVID J. MARTIN, ESQ.                                       TROY K. FLAKE, ESQ.
Nevada Bar No. 9117                                              Assistant United States Attorney
8972 Spanish Ridge Avenue                                   333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89148                                       Las Vegas, Nevada 89101
*Attorney for Plaintiff*                                               *Attorney for Defendant*

### ORDER

IT IS SO ORDERED.

Dated: August 13, 2015.

_____
UNITED STATES DISTRICT JUDGE